

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00624-CV

**CITY OF LAREDO** and City of Laredo Municipal Civil Service,
Appellants

v.

Tony H. **MORENO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001767-D1
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

On November 1, 2022, this court received appellants' brief.  The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that the statement of facts and the argument do not contain any citations to the record.  *See* TEX. R. APP. P. 38.1(g), (i).  It is therefore ORDERED that the brief filed by appellants is STRICKEN from our record.  It is further ORDERED that appellants must file an amended brief, in compliance with Rule 38.1 that includes appropriate citations to the record.  It is further ORDERED that appellant's amended brief is due on **November 21, 2022**, or this appeal will be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court